# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL GORDON REYNOLDS,**

      **Petitioner,**

v.                                                   **Case No: 6:12-cv-1861-Orl-37GJK**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**and ATTORNEY GENERAL, STATE**
**OF FLORIDA,**

      **Respondents.**

## ORDER

This cause is before the Court on its own motion. Petitioner, who has been sentenced to death, initiated this case by filing a Petition for Writ of Habeas Corpus (Doc. 1). On March 14, 2016, the Court granted Petitioner's Second Motion to Stay and Hold In Abeyance ("Second Motion to Stay," Doc. 56) and stayed the case to allow Petitioner to exhaust the claims identified in the Second Motion to Stay. Petitioner then initiated proceedings in the state court. (Doc. 62). On June 17, 2016, the Court reopened the case on its own motion. (Doc. 64). However, in light of Petitioner's pending state court proceedings, this case should be administratively closed pending the disposition of the state court proceedings.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **STAYED** and is held in abeyance to allow Petitioner to exhaust his claims in the state courts. Petitioner shall move to reopen this case within

thirty (30) days from the date exhaustion is completed in the state court system. The failure to do so may result in dismissal of this case without further notice.

2.  On or before September 1, 2016, and thereafter every ninety (90) days until the case is reopened, Petitioner shall file a "Notice Regarding the Status of State Court Exhaustion" setting forth the status of the state court proceedings.

3.  The Clerk of the Court is directed to close this case administratively, pending further Order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on July 21st, 2016.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
OrlP-2 7/21